UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

GLORIA TASSY, individually &
on behalf of all similarly situated,

    Plaintiff(s),

Case Number 3:16-cv-77-TBR

v.

LINDSAY ENTERTAINMENT
ENTERPRISES, INC.

    Defendant.

_____/

## COMPLAINT

1. The Plaintiff, Gloria Tassy, individually and on behalf of all similarly situated, sues Defendant, Lindsay Entertainment Enterprises, Inc. doing business as The Godfather, pursuant to 29 U.S.C. § 216(b) for unpaid minimum wages.

2. Defendant operates a gentleman's club at 500 Preston Highway, Louisville, Kentucky.

3. Named Plaintiff worked for Defendant from May 2014 through January 2016 in Louisville, Kentucky.

4. Defendant never paid named Plaintiff a direct wage.

5. In fact, Defendant never paid any of its entertainers a direct wage.

6. Plaintiff(s) worked for tips only.

7. Defendant took part of Plaintiff(s) tips.

8. The Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

1

9. An employer must pay an employee at least the minimum wage pursuant to 29 U.S.C. § 206(a).

10. Defendant did not comply with 29 U.S.C. § 203(m) as it relates to Plaintiff(s).

11. Defendant has annual gross revenues of over $500,000.

12. Defendant employs employees that handle goods or materials that have moved in interstate commerce, such as soap, water, currency, credit cards, outfits and makeup.

13. Defendant is in the business of providing entertainment to adults.

14. Defendant is an enterprise as defined by 29 U.S.C. § 203(r).

15. Defendant is an enterprise engaged in commerce as defined by 29 U.S.C. § 203(s)(1)(A).

16. Defendant employed named Plaintiff.

17. Defendant was named Plaintiff's employer as defined by 29 U.S.C. § 203(d).

18. The FLSA stretches the meaning of employee to cover some parties who might not qualify as such under a strict application of traditional agency law principles. *Nationwide Mut. Ins. Co. v. Darden*, 503 U.S. 318, 326 (1992).

19. The definition of employ is broad. *Rutherford Food Corp. v. McComb*, 331 U.S. 722, 728, 67 S.Ct. 1473, 1476 (1947).

20. In fact, it is clear that the definition of employment as it relates to the FLSA is the broadest definition that has ever been included in one act. *Shultz v. Hinojosa*, 432 F.2d 259, 264 (5th Cir. 1970).

21. Employment under the FLSA is as much a matter of circumstance as it is of consensual agreement. A relationship may exist between two parties whether or not either or both of them give it express recognition. *Gulf King Shrimp Co. v. Wirtz*, 407 F.2d 508, 512 (5th Cir. 1969).

22. Work not requested but suffered or permitted is work time. 29 C.F.R. § 785.11.

23. Defendant willfully violated the FLSA.

24. Defendant acted in reckless disregard of the FLSA.

25. Plaintiff(s) are owed minimum wage for the work they performed for Defendant.

26. Defendant has been the employer of Plaintiff(s) as defined by 29 U.S.C. § 203(d).

27. Defendant serves food.

28. Defendant serves drink.

29. Defendant's main attraction is its dancers.

30. Defendant features shower dance rooms, table-side dances, couch dances and private VIP rooms. See http://www.godfatherlouisville.com/about_us.html.

31. Plaintiff(s) are referred to as dancers, entertainers and strippers. Their primary job duties are: preparing for work, dancing and entertaining the customers of Defendant.

32. Defendant prohibits its entertainers from working at any other Louisville club.

33. Defendant controls its entertainers.

34. Defendant invests in its property, licenses, overhead, music and security.

35. Plaintiff(s) are required to pay Defendant for work they perform.

Wherefore, Plaintiff(s) demand pursuant to Section 16(b) of the FLSA facilitation of notice of rights to putative class members, conditional class certification, class certification, unpaid minimum wages, liquidated damages, judgment, attorneys' fees and costs.

Respectfully submitted this 9th day of February 2016,

Bernard R. Mazaheri
Kentucky Bar Number 96913
Morgan & Morgan
20 N Orange Ave Ste 1600
Orlando, FL 32801
Tel – (407)420-1414
Email – bmazaheri@forthepeople.com